IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDDLESEX COUNTY, VIRGINIA, a political subdivision of the Commonwealth of Virginia,<br><br>     Plaintiff,<br><br>     v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States of America, WAN J. KIM, Assistant Attorney General, Civil Rights Division, United States Department of Justice, Washington, DC,<br><br>     Defendants. | Civil Action No. |

## ORDER

Plaintiff has moved, pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act [#2].  According to the motion, the defendants do not oppose the convening of a three-judge court.  It appearing that the motion is well taken, it is this _____ day of June, 2006:

     **ORDERED** that plaintiff's motion [#2] is **granted**.  And it is further

     **ORDERED** that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

                                            _____
                                            UNITED STATES DISTRICT JUDGE